OPINION — AG — ** PUBLIC WORKS ACT — CONTRACTOR ** THE COMMISSIONER OF LABOR 'IS' AUTHORIZED BY THE MINIMUM WAGES ON PUBLIC WORKS (40 O.S. 196.1 [40-196.1] ET SEQ.) TO INSTITUTE A COURT ACTION AGAINST A CONTRACTOR OR SUBCONTRACTOR ON A PUBLIC WORKS PROJECT TO ENFORCE AN ADMINISTRATIVE ORDER REQUIRING THAT SUPPLEMENTAL WAGE PAYMENTS FOR PAST WORK BE MADE TO WORKERS TO REMEDY A DEFICIENCY IN THE AMOUNT ORIGINALLY PAID IN VIOLATION OF THE PRESCRIBED MINIMUM RATES FOR SUCH WORK. (SALARY, PREVAILING WAGES, WAGES, PENALTY, LEGAL ACTION, PROSECUTION, RATE OF PAY, INVESTIGATORY AND ENFORCEMENT, INJUNCTION) CITE: 40 O.S. 196.1 [40-196.1], 40 O.S. 196.4 [40-196.4], 40 O.S. 196.9 [40-196.9] [40-196.9], 40 O.S. 196.11 [40-196.11], 40 O.S. 196.11 [40-196.11] [40-196.11](A) (JIMMY D. GIVENS)